United States District Court
Southern District of Texas
**ENTERED**
March 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOAZ ALLYN-FEUER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00117 |
| | § | |
| JOHN DOE U.S. BORDER PATROL AGENTS | § | |
| 1-20, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order granting Defendant's motion to dismiss, (D.E. 28), the Court enters final judgment dismissing with prejudice all claims against Defendant in this cause. FED. R. CIV. P. 58. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
    March 12, 2025