United States District Court
Southern District of Texas
**ENTERED**
April 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOAZ ALLYN-FEUER, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 2:23-CV-00117 |
| JOHN DOE U.S. BORDER PATROL AGENTS 1-20, *et al.*, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's order granting Defendant's motion to dismiss, (D.E. 28), the Court enters final judgment dismissing without prejudice this case. FED. R. CIV. P. 58.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        April 2nd, 2025